NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DOROTHY S. TOWNE, ESQ., D/B/A )
DOTTIE TOWNE, ATTORNEY AT )
LAW, )
    )
    Appellant, )
    )
v. )    Case No. 2D18-4629
    )
VAKA LAW GROUP, P.L., )
    )
    Appellee. )
_____)

Opinion filed October 2, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Hillsborough
County; Martha J. Cook, Judge.

Roy D. Wasson of Wasson & Associates,
Chartered, Miami; and Dorothy S. Towne,
Tampa, pro se, for Appellant.

John V. Trujillo, Jr., Tampa, for Appellee.


PER CURIAM.


      Affirmed.


KHOUZAM, C.J., and NORTHCUTT and BLACK, JJ., Concur.